UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| STEVE STOLZENBURG, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BERMAN & RABIN P.A., )<br>)<br>Defendant. )<br>_____) | CASE NO.: 10-cv-02646-MLB-KMH<br><br>STIPULATED<br>PROTECTIVE ORDER |

## STIPULATION FOR PROTECTIVE ORDER

**COMES NOW** Plaintiff, Steve Stolzenburg, by and through his attorney of record, and Defendant, Berman & Rabin, P.A., by and through its attorney of record, pursuant to Federal Rule 26(c), and enter this Stipulation for Protective Order for Plaintiff and for Defendant to be bound by said order in connection with the above-captioned lawsuit, for the following reasons:

1. Defendant acts as a debt collector, as that term is defined by 15 U.S.C. § 1982a(6).

2. Plaintiff has brought a claim against Defendant, alleging violations of the Fair Debt Collection Practices Act.

3. Plaintiff has propounded discovery requests on Defendant, and requested that Defendant provide information regarding its training and operating procedures and recordings of attempts to contact Plaintiff by telephone.

4. This information is proprietary, privileged, confidential, provides information regarding business practices, and is irrelevant to the facts and issues in this case.

5. Plaintiff and Defendant have, however, agreed that Defendant will produce the requested training and operating procedures and phone recordings if this Court enters a Protective

Order, requiring Plaintiff and his counsel to keep all information produced confidential, any information contained therein will not be examined, played, or discussed with anyone other than the parties and their counsel, and preventing Plaintiff and/or his counsel, whether individually or together, from referring to or relying upon these procedures and recordings in any other claims, demands, and/or lawsuits involving Defendant.

6.     Plaintiff and Defendant further agree that production of these documents and recordings during discovery and subject to this Protective Order is not a waiver of Defendant's right to object to these documents as inadmissible at trial.

7.     That this Order shall be binding upon all parties hereto, upon their attorneys, their attorneys' successors, executors, personal representatives, administrators, heirs, legal representatives, assigns, affiliates, employees, agents, independent contractors, and all other persons over which they have control.

WHEREFORE, Plaintiff and Defendant respectfully enter this Stipulation, and request this Court enter an Order approving the terms of the Protective Order as set forth in this Stipulation, and for such other and further relief as the Court deems just and proper.

IT IS SO STIPULATED.

DATED:   3/16/11

                                   /s/ Adam Maxwell
                                  Adam Maxwell
                                  Krohn & Moss, Ltd.
                                  10474 Santa Monica Blvd., Suite 401
                                  Los Angeles, CA 90025
                                  Phone: (323) 988-2400
                                  Fax: (800) 856-5312
                                  Attorney for Plaintiff

DATED:   3/16/11

   /s/ Rachel B. Ommerman
James K. Schultz
Rachel B. Ommerman #21868
Berman & Rabin, P.A.
15280 Metcalf
Overland Park, KS 66223
Tel: (913) 649-1555
Fax: (913) 652-9474
Attorney for Defendant

UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| **STEVE STOLZENBURG,** | ) |
| | ) |
| Plaintiff, | )  CASE NO.: 10-cv-02646-MLB-KMH |
| | ) |
| v. | ) |
| | ) |
| **BERMAN & RABIN P.A.,** | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

## ORDER APPROVING STIPULATION

**NOW ON** this 5th day of April, 2011, Plaintiff and Defendant's Stipulation for Protective Order comes for consideration by the Court. The Court after reviewing said Stipulation and being duly advised in the premises, hereby finds that the same should be granted.

It is, therefore, **ORDERED** that the terms set forth in Plaintiff and Defendant's Stipulation for Protective Order shall be the Order of this Court.

SO ORDERED.

DATE: April 5, 2011

S/ Karen M. Humphreys

U.S. MAGISTRATE JUDGE

SUBMITTED BY:

   /s/ Adam Maxwell
Adam Maxwell
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
Phone: (323) 988-2400
Fax: (800) 856-5312
Attorney for Plaintiff

   /s/ Rachel B. Ommerman
Rachel B. Ommerman #21868
Berman & Rabin, P.A.
15280 Metcalf
Overland Park, KS 66223
Tel: (913) 649-1555
Fax: (913) 652-9474
Attorney for Defendant