## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

**STEVE STOLZENBURG,**

    **Plaintiff,**

                              Case No.: 10-CV-02646

**v.**

**BERMAN & RABIN, P.A.**

    **Defendant.**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the plaintiff Steve Stolzenburg, and the defendant, Berman & Rabin, P.A., hereby stipulate to the dismissal of the above-styled case and any claims that were raised or that could have been raised in this action, <u>with prejudice</u>, each side to bear its own costs and attorneys fees.

                                                Respectfully submitted,

Dated: <u>October 7, 2011</u>                By <u>/s/Adam Maxwell</u>
                                                Adam Maxwell
                                                Krohn & Moss, Ltd.
                                                10474 Santa Monica Blvd., Suite 401
                                                Los Angeles, CA 90025
                                                amexwell@consumerlawcenter.com
                                                ATTORNEY FOR PLAINTIFF

Dated: <u>October 7, 2011</u>                By <u>/s/ Rachel B. Ommerman</u>
                                                Rachel B. Ommerman, #21868
                                                Daniel S. Rabin, #13253
                                                Berman & Rabin, P.A.
                                                15280 Metcalf Avenue
                                                Overland Park, KS 66223
                                                T: (913) 649-1555
                                                F: (913) 652-9474
                                                rommerman@bermanrabin.com
                                                ATTORNEY FOR DEFENDANT